


# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 16-05815 |
| vs. | |
| ROBERT R. VANDERPOOL | |
| Defendant | |

FILED
MAR -6 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this  6th  day of  March , 2017, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted and Plaintiff shall have thirty (30) days from the date of this Order to make service.

By the Court:

_____
Joseph F. Leeson, Jr.
United States District Judge

3-6-17 mailed to [illegible] & e-mailed to T. Pileo