# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>ROBERT R. VANDERPOOL, ET AL,<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-05815<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS & COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ROBERT R. VANDERPOOL the above process on the 28 day of April, 2017, at 10:30 o'clock, AM, at 103 PHEASANT COURT HAMBURG, PA 19526, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____ 2) _____ 3) _____

Commonwealth/State of __Pa__ )
) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared ___Jeffrey Clohessy___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-163195
Case ID #: 4872915

Subscribed and sworn to before me
this __2__ day of __May__, 20__17__

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

PCO-BA

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>6264-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703774773384<br>9171999991703774773384 | VANDERPOOL, ROBERT R.<br>15459 Kutztown Road<br>Kutztown, PA 19530 | <br>ERR<br>C | 0.925 | <br>1.40<br>3.45 | | | 5.78 |
| 9171999991703774773391<br>9171999991703774773391 | VANDERPOOL, ROBERT R.<br>103 Pheasant Court<br>Hamburg, PA 19526 | <br>ERR<br>C | 0.925 | <br>1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 1.85<br>1.85 | 9.70<br>9.70 | | | 11.55<br>11.55 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C     Certified
ERR   Return Receipt

(Round stamp: USPS CONTINENTAL STATION, APR 27 2017, PHILA, PA 19106)

| Name and Address of Sender; KML LAW GROUP, P.C. SUITE 5000 701 MARKET STREET PHILADELPHIA, PA 19106-1532 | Check type of mail or service; ☐ Certified   ☐ Recorded Delivery (International) ☐ COD        ☐ Registered ☐ Delivery Confirmation   ☐ Return Receipt for Merchandise ☐ Express Mail   ☐ Signature Confirmation ☐ Insured | | | Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark Date of Re | | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | | | | |
| 1. | | | | | | | |
| 2. | ROBERT VANDERPOOL VANDERPOOL, ROBERT R. 103 Pheasant Court Hamburg, PA 19526 | | | | | | |
| 3. | ROBERT VANDERPOOL VANDERPOOL, ROBERT R. 15459 Kutztown Road Kutztown, PA 19530 | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |

Total Number of Pieces Listed by Sender   Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)   POO - Brittni Augustyn

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)   Berks County   Sale Date:

USA-163195

ROBERT R. VANDERPOOL

Complete by Typewriter, Ink, or Ball Point Pen

U.S. POSTAGE PITNEY BOWES
ZIP 19106 $ 002.70
02 1W
0001391829 APR 27 2017

USPS CONTINENTAL STATION PHILA PA 19106 APR 27 2017