UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | :<br>:<br>: |
| v. | : No. 5:16-cv-5815 |
| | : |
| ROBERT R. VANDERPOOL,<br>    Defendant. | :<br>: |

**DEFAULT JUDGMENT NOTICE**
10 Day Notice – Failure of Plaintiff to Move for Entry of
Default Judgment Following Entry of Default

TO:   Plaintiff

A review of the Court's records indicates that Defendant has failed to timely respond to the Complaint. A further review of the Court's records indicates that Plaintiff filed a request for entry of default against Defendant and on June 2, 2017, the Clerk of Court entered default for failure to plead or otherwise defend. That same day, Plaintiff filed a motion for default judgment, but on June 5, 2017, it was denied as deficient.

More than thirty (30) days have passed, and Plaintiff has not filed a motion that addresses these deficiencies. If Plaintiff fails to move for entry of a default judgment against Defendant pursuant to Federal Rule of Civil Procedure 55(b) within ten (10) days of the date of this Notice, the Court may enter an Order dismissing the Complaint for lack of prosecution.

KATE BARKMAN, Clerk of Court

By:/s/ Diane J. Abeles_____
    Diane J. Abeles, Civil Deputy Clerk
    The Honorable Joseph F. Leeson, Jr.
    Diane_J_Abeles@paed.uscourts.gov

Date of Notice:  July 7, 2017